IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM KENNEDY, | ) | |
| JOHN FROST, | ) | |
| SHEILA WRIGHT, | ) | |
| JEANICE JERNIGAN, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **CASE NO. 3:10-995** |
| | ) | **JUDGE CAMPBELL/KNOWLES** |
| | ) | |
| **ROBERT ARNOLD, in his individual** | ) | |
| capacity, and **RUTHERFORD COUNTY** | ) | |
| **TENNESSEE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Court held a telephone conference with counsel for the parties on August 11, 2011, to discuss Plaintiffs' compliance with the Court's Order entered July 25, 2011 (Docket No. 23) granting Defendants' Motion to Compel (Docket No. 14).

For the reasons stated on the record during the conference call, Plaintiffs' shall comply with the Court's Order on or before August 25, 2011.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge