ORDER:
Motion granted - without opposition.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **WILLIAM KENNEDY,** **JOHN FROST,** **SHELIA WRIGHT,** **JEANICE NERNIGANS** Plaintiffs, v. **ROBERT ARNOLD, in his individual capacity, and RUTHERFORD COUNTY, TENNESSEE,** Defendants. | Case No. 3:10-0995 JUDGE CAMPBELL MAGISTRATE JUDGE KNOWLES JURY DEMAND |

## MOTION REQUESTING ATTORNEYS' FEES

Come Defendants Robert Arnold and Rutherford County, Tennessee, by and through counsel, and pursuant to the Order granting the Defendant's Motion to Compel (filed July 25, 2011; document number 23) would state as follows:

Attached hereto is an Affidavit in support of the Motion Requesting Attornerys' Fees. The Defendants submit that these attorneys' fees were incurred as a result of the Plaintiffs' failure to respond fully to discovery request which necessitated the filing of the Motion to Compel.

Respectfully submitted,

**COPE, HUDSON, REED & MCCREARY, PLLC**

By:  s/ Roger W. Hudson
**ROGER W. HUDSON, #7014**
16 Public Square North
Murfreesboro, Tennessee  37130
(615) 893-5522